CLERK'S MINUTES

_USA_
Plaintiff
Repr by _Daun Whatley_

Judge _Bill Wilson_
Reporter _Christina_
Courtroom Deputy _Medearis_
Date _4/15/08_

Case No. _4:07CR00244-01_

v.

_Albert Snow_
Defendant
Repr by _Hugh Laws_

Court Proceeding _Jury Trial_

Time:

8:55am Court in session

Pretrial w/ lawyers

9:32 Court in recess

9:45a Court in session;

jury selection begins;

31 jurors selected;

Court begins voir dire

Case No. 4:07CR00244-01    MINUTES    Page No. 2

Time:

10:41am Gov't Conducts voir dire;

10:55am Court in recess

11:15am Court in session —

Deft conducts voir dire;

11:41am Court in recess for
strikes

12:10pm Court in session

13 jurors +1 alternate
selected & sworn

12:15p Court in recess until
1:45pm

1:45p Court in session

Court gives opening instructions

#Court Ex A - Letter #Court re jurn questions

Case No. 4:07CR00244-C1   <u>MINUTES</u>                    Page No. 3

<u>Time</u>:

2:09pm  Gov't makes opening
        statement;

2:15pm  Deft makes opening
        statement;

2:28pm  Gov't begins evidence

3:23pm  Court in recess

3:45pm  Court in session

4:30pm  Court in recess
        until 8:45a  11/16/05

4:35p  Court in recess
       until 11/16/08 @ 8:30 for
       lawyers;

Case No. 4:07CR00744-01   MINUTES                  Page No. 4

Time:

| 8:55am | Jury trial - 3rd day |
| 4/16/05 | |
| | Court in session |
| | w/o jury |
| 9:05am | Court in recess |
| 9:35am | Court in session w/ |
| | jury; |
| 10:15am | Court in recess |
| 10:35a | Court in session - |
| 11:03am | Court in recess |
| 11:13am | Court in session - |
| | Gov't rests; |
| | Court in session w/o jury; |

Case No. 4:07CR00244.01 MINUTES                    Page No. 5

Time:

11:15a  Deft oral motion
        for judgment of acquittal
        denied;

11:30am  Court in session w/
         jury;

         Deft begins evidence;

11:45a  Court in recess until
        1:10 pm

1:20pm  Court in session;

2:45p  Court in recess

3:05p  Court in session
       w/o jury;

       jury instruction
       conference w/ lawyers

Case No. HC CR 00 244-01      <u>MINUTES</u>      Page No. 6

<u>Time:</u>

3:30pm Court in session
w/ jury;

4:00pm Deft rests;

Deft judgment of acquittal
renewed & denied;

4:10p Court gives final
closing instructions

4:35p Court in recess
until 4/17/08 @ 8:45am

9:03a Jury trial - 3rd day

Gov't makes initial
closing argument

9:16am Deft makes closing
argument

Case No. 4:07CR00244-01   <u>MINUTES</u>          Page No. 7

<u>Time</u>:

9:40am Court makes final
        Closing argument

9:43am Bailiff sworn;

        jury retires to begin
        deliberating;

        Alternate released;

3:37p Note from jury

3:38p Note ret'd to jury

4:52p Note to jury from Court
        re: staying after 5:00pm

5:04p Jury returns w/ verdict
        Ct 1: guilty

5:10p Court in recess
        jury released

Case No. 4:07CR00244-01   <u>MINUTES</u>                    Page No. _8_

Time:

5:11pm — Deft to remain on
    OR bond;

      Sentencing to be set.

5:15p Court in recess.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
GOVERNMENT WITNESS LIST

Motion to Suppress _____   Non-Jury Trial _____   Jury Trial  X

USA v.  SNOW, ALBERT_____   No.  4:07CR00244
        Last Name  First Name  Middle Initial

KAREN WHATLEY_____        HUGH LAWS_____
Assistant U. S. Attorney            Defendant's Attorney

JUDGE WILSON_____   CRISTA NEWBURG_____   MARY JOHNSON_____
    Presiding Judge        Court Reporter     Courtroom Deputy

| NAME | SWORN | DATE APPEARED |
|------|-------|---------------|
| DETECTIVE STEPHEN BARKER | | 4/15 |
| JOHN WAID | | 4/16 |
| TODD HUDSON | | 4/16 |
| BECKY PASSMORE | | 4/16 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
GOVERNMENT EXHIBIT LIST

Motion to Suppress ____   Non-Jury Trial ____   Jury Trial X

USA v. __SNOW, ALBERT_____   No. __4:07CR00244 WRW__
       Last Name   First Name   Middle Initial

KAREN WHATLEY_____        HUGH LAWS_____
Assistant U. S. Attorney           Defendant's Attorney

_WILLIAM R. WILSON___   CHRISTA NEWBURG___   MARY JOHNSON____
  Presiding Judge         Court Reporter     Courtroom Deputy

| NUMBER | DESCRIPTION | WITNESS | ID | IN |
|--------|-------------|---------|----|----|
| 1A | Profile for Arksweetiepie | | | 4/15 |
| 1B | Picture sent to sno_man_74 | | | 4/15 |
| 2A | Picture of defendant | | | 4/15 |
| 2B | Picture of defendant in lab | | | 4/15 |
| 3A | 12/13/06 chat | | | 4/15 |
| 3B | 12/15/06 chat | | | 4/15 |
| 3C | 12/18/06 chat | | | 4/15 |
| 3D | 12/20/06 chat | | | 4/15 |
| 3E | 12/27/06 chat | | | 4/15 |
| 3F | 12/28/06 chat | | | 4/15 |
| 3G | 12/29/06 chat | | | 4/15 |
| 3H | 1/02/07 chat | | | 4/15 |
| 3I | 1/03/07 chat | | | 4/15 |
| 4 | Consent to interview form | | | 4/16 |
| 5A | Video of interview | | | 4/16 |
| 5B | Transcript of interview | | | Not given |
| 6A | Black and silver CPU | | | 4/16 |
| 6B | Toshiba Laptop Computer | | | 4/16 |

| | 1GB Thumbdrive | | _will frwwrr_ |
| | Friends List for sno_man_74 | | _Not frwwrr_ |
| | _DVD enterminii A. Snow_ | | _Not frwwrr_ |

2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA  )
                            )
v.                             )     No. 4:07-CR-00244-01 WRW
                             )
ALBERT SNOW               )

## WITNESS AND EXHIBIT LIST OF DEFENDANT

Comes the defendant, Albert Snow, and submits the following list of

witnesses and exhibits list which may be used at the trial of this cause:

### DEFENDANT'S WITNESS LIST

1. Albert Snow *(#.5) 4/16*
2. Rick McCarley *(1) 4-16 (CRN)*
3. Ralph Johnson *(2) 4-16 (CRN)*
4. Andy Snow, Sr. *(#6 4/16)*
5. Andy Snow, *II (#4) 4/16*
6. ~~Erika Kinman~~ *(3) 4-16 (CRN)*
7. Nathan Hesse
8. Kib Green
9. ~~Beverly Mayer~~ *(4) 4-16 (CRN)*
10. Phil Mayer
11. Dyane Reynold *(#7) 4/16*
    *Ellen Snow (#5) 4/16*

### EXHIBIT LIST

1. Any exhibits disclosed in discovery.

RESPECTFULLY SUBMITTED,

ALBERT SNOW,
DEFENDANT

BY: _____

# United States District Court

*Eastern* DISTRICT OF *Arkansas*

*Western* DIVISION

*USA*

v.

*Ricat Snow*

EXHIBIT LIST

CASE NUMBER:

*4:07CR00244-01*

| PLF NO. | DEF NO. | DATE OFFERED | obj. | stip. | red. | DESCRIPTION OF EXHIBITS |
|---------|---------|--------------|------|-------|------|--------------------------|
|  | 1 |  |  |  |  | *Contract list* |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Arkansas*



425 W. Capitol Avenue, Suite 500
Little Rock, Arkansas 72201

April 8, 2008

Honorable William R. Wilson
United States District Court Judge
600 West Capitol
Room D444
Little Rock, AR 72201

     Re:    United States v. Albert Snow
              4:07CR00244 WRW

Dear Judge Wilson:

     The following are questions the government requests the Court ask during Voir Dire:

1.    There may be explicit language in this case.  I understand that it may be difficult for you to hear such language.  The lawyers and the Court will do their best to limit your exposure to these materials but due to the nature of the case some exposure will be necessary.  It is important that you be able to set aside any personal feelings you may have about the material, and fairly consider the evidence and consider whether this defendant is guilty of any of the charge.  Will the mere subject matter of this case affect the ability of any of you to listen and later fairly discuss the evidence with the other jurors?

2.    Will any of you have difficulty discussing sexual matters with other members of the jury - topics such as intercourse, oral sex, masturbation, and touching?

3.    Do any of you have such strong feelings (e.g., that these charges are rarely true, or that they are always true) that would make it difficult for you to be an objective juror in this type of case?

4.    Do any of you believe that the Internet should be completely unregulated, such that anything that is said or done on the Internet should remain private, especially if done in the privacy of your home or office?

5.   Do any of you believe that Congress and the Government are overreaching in enforcing laws related to child exploitation?

6.   Do you personally know of anyone who has been charged with any crime involving the sexual exploitation of children?

7.   Have you ever known anyone you thought was falsely accused of sexual abuse?

8.   Do any of you believe that what is expected to happen behind closed doors should remain private and should not be prosecuted?

9.   Do any of you believe that police officers should not pose undercover on the internet as teenage girls?

Please let me know if the Court needs any further information.

Sincerely,

JANE W. DUKE
UNITED STATES ATTORNEY

By KAREN WHATLEY
Assistant U. S. Attorney
(501)340-2607

cc:

Hugh Laws
Laws & Murdoch
P.O. Box 3000
Russellville, AR 72811

DO NOT DESTROY
DATE: 4/17/08
TIME: 3:25 pm

## NOTE FROM JURY

The defense stated that Albert Snow was entrapped because officer Barker tempted and enticed Albert Snow. On closing argument number 14 we see that he is not entrapped, even though Officer Barker provided a favorable opportunity to commit the crime or made committing the crime easier or even participated in acts essential to the crime. Is temptation or enticement from officer Barker any grounds for entrapment? Are we to only consider what is stated in #14 as the definition of entrapment.

## ANSWER FROM JUDGE

INSTRUCTION #14 IS THE ONLY
INSTRUCTION REGARDING
THE DEFENSE OF ENTRAPMENT.

Bill Wilson
Judge
4-17-08
3:37 PM

To Jury:

I plan to recess until
8:45 am tomarrow - so you
can go appendices you think if
we read a verdict.

Please advise me when

Bill Mullen
4-17-08
4:55 PM

WE HAVE REACHED
A VERDICT.